# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM WAYNE MACKENZIE.<br>　　　　　Defendant. | Case No.: 20-CR-2151-BTM<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION AND ORDER TO WITHDRAW GUILTY PLEA** |

Upon motion of the Parties and good cause appearing therefor,

IT IS HEREBY ORDERED that the Joint Motion to Withdraw the Defendant's Guilty Plea be granted; and

IT IS FURTHER ORDERED that, in the interests of justice, the Joint Motion to Dismiss the Information be granted without prejudice.

DATED: August 25, 2020

_____
BARRY TED MOSKOWITZ
United States District Judge